IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 05-cr-00404-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. BENITO GARCIA,

    Defendant.[1]

**ORDER GRANTING EMERGENCY GOVERNMENT
MOTION FOR STAY OF MAGISTRATE JUDGE'S
JUNE 5, 2006, ORDER MODIFYING TERMS OF RELEASE
PENDING DISTRICT COURT REVIEW**

**Blackburn, Judge**

The matter before me is the **Emergency Government Motion for Stay of Magistrate Judge's June 5, 2006, Order Modifying Terms of Release Pending District Court Review** [#168] filed June 5, 2006. I grant the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Emergency Government Motion for Stay of Magistrate Judge's June 5, 2006, Order Modifying Terms of Release Pending District Court Review** [#168] filed June 5, 2006, **IS GRANTED**;

2. That the order [#170] entered June 5, 2006, granting defendant's **Motion To**

---

[1] Defendants, Donald Jason Skinner, Richard Lee Clark, and Kenneth Franklin Fuqua, are not named and included in this case caption because they have entered pleas of guilty pursuant to plea agreements with the government and are awaiting sentencing or have been sentenced.

**Modify Conditions of Release To Remove the Home Detention Requirement** [#163]

filed May 29, 2006, **IS STAYED** pending review of the order by this court; and

     3. That on **June 12, 2006, at 10:00 a.m.**, this court **SHALL REVIEW** the order modifying terms of release [#170] entered June 5, 2006, at which time counsel and the defendant shall appear before the court without further notice or order.

     Dated June 6, 2006, at 12:00 p.m., at Denver, Colorado.

                                     **BY THE COURT:**

                                     <u>s/ Robert E. Blackburn</u>
                                     Robert E. Blackburn
                                     United States District Judge